Case 4:12-cv-00756-A   Document 28   Filed 12/31/13   Page 1 of 2   PageID 114



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DEBRA RAMFIELD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:12-CV-756-A |
| | § | |
| CAROLYN W. COLVIN, ACTING | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

ORDER

Came on for consideration the above-captioned action wherein Debra Ramfield is plaintiff and Carolyn W. Colvin, Acting Commissioner of Social Security, ("Commissioner") is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for a period of disability and disability insurance benefits under the Social Security Act. On November 4, 2013, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation ("FC&R"), and granted the parties until November 15, 2013, in which to file and serve any written objections thereto. Plaintiff filed her objections on November 14, 2013, and defendant filed a response on December 10, 2013. After a thorough study of the record, the magistrate judge's proposed findings and conclusions, and applicable legal authorities, the

court has concluded that plaintiff's objections lack merit and that the recommendation of the magistrate judge should be accepted.

Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS that the decision of the Commissioner that, based on the application filed October 24, 2006, plaintiff was not disabled at any relevant time through her date last insured of March 31, 2010, and, therefore, is not entitled to a period of disability or to disability insurance benefits under the Social Security Act, 42 U.S.C. § 416(i) and 423, respectively, be, and is hereby, affirmed.

SIGNED December 31, 2013.

JOHN McBRYDE
United States District Judge